ELLIS, Appellant, vs. CITY OF ASHLAND and others, Respondents.

*March 26—April 17, 1903.*

*Appeal: Orders: Record: Review.*

On appeal from an order, the record as transmitted contained a number of affidavits presumably in opposition to the motion, but the order itself failed to specify any of the papers on which the motion was heard, and the clerk's certificate stated merely that the papers transmitted were "all the original papers on file." *Held*, that the order could not be reviewed.

APPEAL from a judgment of the circuit court for Ashland county: JOHN K. PARISH, Circuit Judge. *Dismissed.*

The appeal is by the plaintiff from an order denying a motion for an injunction *pendente lite.*

For the appellant there was a brief by *Tomkins & Tomkins,* and oral argument by *W. M. Tomkins.*

For the respondents there were briefs by *Geo. F. Merrill,* attorney, and *Frank M. Hoyt,* of counsel, and oral argument by *Mr. Hoyt.*

DODGE, J. The order merely recites that the plaintiff's order to show cause came on to be heard. That was based solely on the complaint. The record as transmitted contains a number of affidavits presumably in opposition to the application. The order, however, fails to specify any of the papers on which the motion was heard, and the certificate of the

clerk of court declares merely that the papers transmitted are "all the original papers on file." Hence we are not certified by the order or certificate, or by both together, that any of the affidavits appearing in the record were used upon the motion, nor that there may not have been others. Upon such a record we cannot review the order. *Tenney v. Madison,* 99 Wis. 539, 75 N. W. 979; *Superior C. L. Co. v. Superior,* 104 Wis. 463, 80 N. W. 739; *Glassbrenner v. Groulik,* 110 Wis. 402, 85 N. W. 962.

*By the Court.*—Appeal dismissed.